AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Massachusetts III, Inc.

V.

Shou Shu Lee

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10948 RGS

TO: (Name and address of Defendant)

Shou Shu Lee
845 Depot Road
Boxborough, MA 01719

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P. O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-0865

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK                                                                                    DATE  MAY -9 2005

(By) DEPUTY CLERK

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

*Middlesex, ss.*

May 16, 2005

I hereby certify and return that on 5/13/2005 at 2:31PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, CORPORATE DISCLOSURE, COVER SHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of SHOU SHU LEE, , 845 DEPOT Road BOXBORO, MA 01719 and by mailing 1st class to the above address on 5/13/2005. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($4.50), Postage and Handling ($3.00), Travel ($10.88) Total Charges $48.38

*Deputy Sheriff*

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.