UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts III, Inc.**         ) | CIVIL ACTION NO.  05-cv-10948 RGS |
| )  | |
| Plaintiff,         ) | |
| )  | |
| vs.         ) | **MOTION TO EXTEND FOR** |
| )  | |
| **Shou Shu Lee,**         ) | **RESPONSIVE PLEADING** |
| )  | |
| Defendant         ) | |

    Now comes the Plaintiff in the above-entitled action, and, moves this court for an order of an extension to July 15th for the filing of responsive pleading other than a counter claim. As grounds for this motion, Plaintiff's Counsel states that he has been in negotiations with an Attorney for the Defendant.  It is possible that during a 30-day period the parties may resolve this matter and this extension would save the parties considerable attorney's fees.  In the alternative, this additional time will give the Defendant adequate time to plead if a negotiation cannot be attained.

    As further grounds, please see the affidavit of Attorney John M. McLaughlin.

**Certification pursuant to LR D. Mass 7.1 (A) (2)**

    Plaintiff's counsel certifies that he spoke to the Defendant's Attorney and the Defendant fully assents to this motion.

Wherefore, the Plaintiff moves this court for an extension to July 15th to file a responsive pleading.

                                                  Respectfully submitted for the Plaintiff,
                                                  By Its Attorney,

6/14/2005                                                        /s/ John M. McLaughlin
Date                                                            John M. McLaughlin (BBO 556328)
                                                              **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                                              77 Pleasant Street
                                                              P.O. Box 210
                                                             Northampton, MA 01060
                                                             (413) 586-0865

## CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 14th day of June, 2005, a copy of the foregoing was sent via first class mail to:

Charles E. Gould
163 Country Club Road
Newton Center, MA 02459

                                                                      /s/ John M. McLaughlin

                                                                      John M. McLaughlin, Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (Eastern Division)**

| | |
|---|---|
| Comcast of Massachusetts III, Inc. ) | CIVIL ACTION NO. 05-cv-10948 RGS |
| ) | |
| Plaintiff, ) | |
| ) | **AFFIDAVIT OF JOHN M.** |
| vs. ) | **MCLAUGHLIN IN SUPPORT OF** |
| ) | **ASSENTED TO MOTION TO EXTEND** |
| Shou Shu Lee, ) | **FOR RESPONSIVE PLEADING** |
| ) | |
| Defendant | |

Now comes the Affiant, and makes this his sworn statement, under the pains and penalties of perjury, of his own personal knowledge:

1. The undersigned, John M. McLaughlin, represents the Plaintiff in the above-entitled action;

2. I am a partner at the Law Firm of Green, Miles, Lipton & Fitz-Gibbon LLP;

3. I am presently in negotiations with the Defendant's Counsel;

4. Additional time may allow the parties to resolve this matter;

5. This extension would save the parties considerable attorney's fees;

6. I spoke to the Defendant's Attorney and the Defendant fully assents to this motion.

Subscribed and sworn to, under the pains and penalties of perjury, this 14th day of June 2005.

    /s/ John M. McLaughlin
John M. McLaughlin (BBO No. 556328)
**Green, Miles, Lipton & Fitz-Gibbon LLP**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01060
(413) 586-0865

Page 1