**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts III, Inc.**  ) | Case No.: 05-cv-10948 RGS |
| ) | |
| Plaintiff,  ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs.  ) | **WITH PREJUDICE** |
| ) | |
| **Shou Shu Lee**  ) | |
| ) | |
| Defendant  ) | |

Pursuant to the provisions of Fed.R.Civ.P.41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint with prejudice and without cost to either party.

                                    Respectfully Submitted for the Plaintiff,
                                    Comcast of Massachusetts III, Inc.
                                    By Its Attorney,

| | |
|---|---|
|  7/1/2005 |    /s/ John M. McLaughlin |
| Date | John M. McLaughlin |
| | **Green, Miles, Lipton & Fitz-Gibbon LLP** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01061 |
| | Telephone: (413) 586-0865 |
| | BBO No. 556328 |

## **CERTIFICATE OF SERVICE**

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 1st day of July, 2005, a copy of the foregoing was mailed first class to:

Charles E. Gould, Esquire
Gould Law Office
163 Country Club Road
Newton, MA 02459

   /s/ John M. McLaughlin
John M. McLaughlin, Esq.